**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION**

DEWITT L. DAILEY, JR,

    Plaintiff,

v.    CASE NO. 1:12cv44-MP-GRJ

OFFICER TRUDELL, et al.,

    Defendants.

_____/

**O R D E R**

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated May 16, 2012.  (Doc. 5).  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a <u>de novo</u> determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now ORDERED as follows:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. This case is dismissed for failure to prosecute and to follow an order of the court.

**DONE and ORDERED** this 30th day of May, 2012.

                                                        *s/ M. Casey Rodgers*
                                                      **M. CASEY RODGERS
CHIEF UNITED STATES DISTRICT JUDGE**